UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAMOND J. WASHINGTON                              CIVIL ACTION

VERSUS                                             NO. 16-14114

DERWYN BURTON, ET AL.                              SECTION: "J"(1)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 15th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE